DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAQUAY JEAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D21-2971 and 4D21-3014

[June 23, 2022]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 19001077CFAXMX.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***